**Veasna KANG, aka Veasna Sandy Kang, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 11–71166.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 12, 2014.*

Filed Dec. 16, 2014.

Sanjay Sobti, Esquire, Corona, CA, for Petitioner.

James Eugene Grimes, Senior Litigation Counsel, Oil, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

Before: O'SCANNLAIN, N.R. SMITH, and HURWITZ, Circuit Judges.

## MEMORANDUM **

Veasna Kang petitions for review of an order of the Board of Immigration Appeals dismissing her appeal from an immigration judge's decision denying her motion to reopen proceedings and refusing to reopen proceedings sua sponte. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition.

**1.** Kang has failed to exhaust her administrative remedies regarding any argument for equitable tolling of her time-barred motion to reopen, and we therefore lack jurisdiction to address this argument. *Barron v. Ashcroft,* 358 F.3d 674, 677–78 (9th Cir.2004).

**2.** The decision whether to reopen proceedings sua sponte is committed to agency discretion and not reviewable by this court. *Mejia–Hernandez v. Holder,* 633 F.3d 818, 823–24 (9th Cir.2011).

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.